**\*\* E-filed December 1, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA TOLEDO,<br><br>            Plaintiff,<br>  v.<br><br>KELLER KING & ASSOCIATES, INC.,<br><br>            Defendant. | No. C10-03821 HRL<br><br>**ORDER (1) DISCHARGING ORDER TO SHOW CAUSE AND (2) SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 7]** |

On September 22, 2010, Plaintiff advised the Court that the parties to this action had entered into a settlement and requested that the Court vacate all dates then set. (Docket No. 5.) The Court did so and set a set a show cause hearing regarding the settlement for November 30, 2010.

No parties appeared at the November 30 hearing. However, a week before, Plaintiff filed a request to set aside the notice of settlement because Defendant purportedly has not complied with the terms of the settlement agreement. (Docket No. 7.) As such, the Court shall discharge the order to show cause, and an initial case management conference shall be set for **February 8, 2011 at 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113. The parties shall file a joint case management statement by February 1, 2011.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1  **C10-03821 HRL Notice will be electronically mailed to:**

2  Nicholas J. Bontrager          nbontrager@consumerlawcenter.com
   Nicholas Joseph Bontrager      nbontrager@consumerlawcenter.com,
3                                 akrohn@consumerlawcenter.com,
                                  courtfiling@consumerlawcenter.com

4
   **Counsel are responsible for distributing copies of this document to co-counsel who have not
5  registered for e-filing under the court's CM/ECF program.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28