1 Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
3 T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
4 Attorneys for Plaintiff,
MARTHA TOLEDO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| MARTHA TOLEDO, | ) | Case No.: :10-cv-03821-EJD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VOLUNTARY DISMISSAL |
| v. | ) | |
| KELLER KING & ASSOCIATES, INC., | ) | |
| Defendant. | ) | |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, MARTHA TOLEDO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: September 29, 2011                KROHN & MOSS, LTD.


                                         By:     /s/ Nicholas J. Bontrager

                                                 Nicholas J. Bontrager
                                                 Attorney for Plaintiff

IT IS SO ORDERED
The Clerk shall close this file.

Dated: September 28, 2011
                                         _____
                                         United States District Judge

- 1 -

VOLUNTARY DISMISSAL