Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MARTHA TOLEDO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARTHA TOLEDO, ) | Case No.: :10-cv-03821-EJD |
| ) | |
| Plaintiff, ) | |
| ) | **VOLUNTARY DISMISSAL** |
| v. ) | |
| ) | |
| KELLER KING & ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, MARTHA TOLEDO, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: September 29, 2011                    KROHN & MOSS, LTD.


                                             By:    /s/ Nicholas J. Bontrager

                                                    Nicholas J. Bontrager
                                                    Attorney for Plaintiff

IT IS SO ORDERED
The Clerk shall close this file.

Dated: September 28, 2011
                                             _____
                                             United States District Judge